UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAY E. REESE,

        Plaintiff,

v.                                Case No.: 6:17-CV-1574-Orl-41GJK

FLORIDA BC HOLDINGS, LLC,

        Defendant.

AND

RONALD WARD,

        Plaintiff,

v.                                Case No.: 6:18-cv-459-Orl-41GJK

FLORIDA BC HOLDINGS, LLC,

        Defendant

_____/

## MEDIATION REPORT

A mediation conference was held in this matter on February 25, 2019, and the results of that conference are indicated below:

    (a)    The following individuals, parties, company representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

        XXX    Plaintiffs and plaintiffs' trial counsel

        XXX    Defendant's corporate representative and defendant's counsel

        N/A    Required claims professional (by telephone)

(b) The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: N/A

(c) The outcome of the mediation conference was:

\_\_\_ The **overtime** claims have been completely settled, **pending court approval.**

\_\_\_ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

\_\_\_ The conference on **Plaintiff Reese's tortious interference claim** was continued with the consent of all parties and counsel. The mediation conference will be scheduled not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

\_\_\_ The parties have reached an impasse.

Done this 25th day of February 2020, in Orlando, Florida.

/s/Kay L. Wolf
Signature of Mediator
Florida Bar No. 247065

Kay L. Wolf
Name of Mediator

KAY L. WOLF Mediation Services, LLC
801 Silver Drive
Mailing Address

Orlando, Florida 32804
City, State and Zip Code

407-758-6984
Telephone Number